UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RODNEY SMITH,

                              Plaintiff,

            - against -

THE CITY OF NEW YORK; OFFICER
CAMACHO #8790; CAPTAIN DOWNEY #1421;
CAPTAIN SWAN; OFFICER RUFFIN #6803;
OFFICER LEONARDO-MALE and
WARDEN AMKC C-95,

                              Defendants.
-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★   MAR 2 5 2010

P.M.
TIME A.M. _____

ORDER
09-CV-4658 (RJD)(LB)

**BLOOM, United States Magistrate Judge:**

By letter dated March 2, 2010, plaintiff states that he received medical releases and a CPL §160.50 release from the Corporation Counsel of the City of New York. See docket entry 8. Plaintiff further states that his criminal charges were not dismissed and have nothing to do with this pending action. Id. Plaintiff is not required to sign the §160.50 release. The Court records reflect that the City of New York was served, as well as a number of defendants, and their answers are now past due. See docket entries 9-12. Defendants the City of New York, Ruffin, Downey and Camacho shall respond to the complaint by April 5, 2010. The Court will address any other issue regarding releases at the initial conference, which will be scheduled after defendants respond to the complaint.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: March 24, 2010
        Brooklyn, New York